THE MOUNT VERNON TRUST COMPANY, Appellant and Respondent, v. THE CITY OF MOUNT VERNON, Respondent and Appellant.—

No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.